**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| A.M.,<br>Petitioner,<br>v.<br>Eric Rokosky, et al.,<br>Respondents. | No. CV-26-07180-PHX-SHR<br>**ORDER** |

Petitioner A.M. filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his immigration detention (Doc. 1), along with a Motion to Seal Exhibits (Doc. 2) and a Motion to Proceed Under Pseudonym (Doc. 3). In his Motion to Proceed Under Pseudonym, Petitioner requests permission to proceed under a pseudonym, using his initials rather than his full name. Petitioner alleges he "fled his home country of Pakistan and sought asylum in the United States after he was subjected to a series of physical attacks and threats following a religious conversion." (*Id.* at 3–4.) Petitioner contends "[p]ublic disclosure of his identity in court filings would place him at renewed risk, particularly if his name were disseminated internationally"; he is vulnerable and his fear is reasonable; and Respondents will not be prejudiced, nor the public's interest in open courts undermined, if he is allowed to proceed under a pseudonym. (*Id.* at 4–8.) The Court will permit Petitioner to proceed under the pseudonym A.M. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000). The Court will also grant Petitioner's

motion to seal. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006). Accordingly,

**IT IS ORDERED:**

(1) Petitioner's Motion to Proceed under Pseudonym (Doc. 3) is **granted**. Petitioner is permitted to proceed under the pseudonym A.M.

(2) All requirements set by General Order 26-09 remain in place.

(3) Petitioner's Motion to Seal Exhibits (Doc. 2) is **granted**; the Clerk of Court must file under seal Petitioner's lodged Exhibits to his Petition (Doc. 7). This Order is not sealed.

Dated this 9th day of October, 2026.

Honorable Scott H. Rash
United States District Judge